Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Chapter 7 |
| Five Star Ventures, LLC | Case No. 17-01598-TLM |
| Debtor. | **MOTION FOR STAY OF ADVERSARY PROCEEDING** |
| NOAH HILLEN, as chapter 7 trustee of the bankruptcy estate of Five Star Ventures, LLC, | Adv. No. 19-06086-TLM |
| Plaintiff, | |
| vs. | |
| JASON SLATTER, an individual. | |
| Defendant. | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**MOTION FOR STAY - 1**

Noah Hillen, the chapter 7 Trustee ("Trustee") of the estate of Five Star Ventures, LLC (the "Debtor"), seeks a stay of this Adversary Proceeding until May 31, 2020. As discussed at November 18, 2019 hearing in the main bankruptcy case, the claims in this Adversary Proceeding may be impacted by the litigation pending in Case No. CV01-18-12865 pending in the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County (the "State Court Ligation"). The parties anticipate trial in the State Court litigation will occur prior to May 31, 2020. Should this motion be granted, Trustee requests that Defendant's deadline to file a responsive pleading in this case be June 30, 2020.[1]

Dated December 2, 2019.

/s/ Noah Hillen_____
Chapter 7 Trustee

---

[1] Trustee anticipates serving a copy of this motion on Defendant with a copy of the Summons and Adversary Complaint, once the Summons is issued by the Clerk.

**MOTION FOR STAY - 2**