Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Chapter 7 |
| Five Star Ventures, LLC | Case No. 17-01598-TLM |
| Debtor. | **SECOND MOTION FOR STAY OF ADVERSARY PROCEEDING** |
| NOAH HILLEN, as chapter 7 trustee of the bankruptcy estate of Five Star Ventures, LLC, | Adv. No. 19-06086-TLM |
| Plaintiff, | |
| vs. | |
| JASON SLATTER, an individual. | |
| Defendant. | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**SECOND MOTION FOR STAY - 1**

Noah Hillen, the chapter 7 Trustee ("Trustee") of the estate of Five Star Ventures, LLC (the "Debtor"), seeks to enlarge the current stay of this Adversary Proceeding from May 31, 2020 to December 1, 2020.  On December 23, 2019, this Court stayed this Adversary Proceeding due to the ongoing litigation in Case No. CV01-18-12865 pending in the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County (the "State Court Ligation").  The outcome of the State Court Litigation will likely impact the relief sought in this Adversary Proceeding.  The State Court Litigation is still ongoing.  Should this motion be granted, Trustee requests that Defendant's deadline to file a responsive pleading in this case be December 30, 2020.

Dated May 29, 2020.

/s/ Noah Hillen_____
Chapter 7 Trustee

**SECOND MOTION FOR STAY - 2**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 29, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

None.

      AND, I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by first class mail, postage prepaid:

| | |
|---|---|
| Jason Slatter | Trevor Hart |
| 12945 W. Woodspring St. | P.O. Box 637 |
| Boise, ID 83713 | Boise, ID 83701 |

           /s/ Noah G. Hillen

**SECOND MOTION FOR STAY - 3**